**Order filed August 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00604-CV
_____

**SCOTT ALEXANDER CLARK, Appellant**

**V.**

**STEVEN WAYNE CLARK AND ROBERT GEORGE CLARK, Appellees**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-74867-A**

---

## O R D E R

The clerk's record was filed August 7, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Galveston County Clerk is directed to file a supplemental clerk's record on or before August 28, 2019, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM